IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 09-cv-01752-RBJ-KMT

UNITED STATES OF AMERICA ex rel. JOANNE CURREN,

    Plaintiff,

v.

DENVER HEALTH MEDICAL CENTER, and
DENVER HEALTH & HOSPITALITY AUTHORITY,

    Defendants.

---

## ORDER

---

The United States having intervened in this action, pursuant to the False Claims Act, 31

U.S.C. § 3730(b)(4), IT IS ORDERED that:

I.     The Relator's complaint, the Government's Notice of Intervention, and this Order are no

       longer restricted documents;

II.    All other contents of the Court's file in this action remain restricted at a "Level 2

       Restriction" and shall not be made public or served upon Defendants; and

The restriction on access be lifted on all matters occurring in this action after the date of this

Order.

    DATED this 4th day of January, 2012.

                                    BY THE COURT:

                                    _____
                                    R. Brooke Jackson
                                    United States District Judge