IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 09-cv-01752-RBJ-KMT

UNITED STATES OF AMERICA ex rel. JOANNE CURREN,

    Plaintiff,

v.

DENVER HEALTH MEDICAL CENTER, and
DENVER HEALTH & HOSPITALITY AUTHORITY,

    Defendants.

## ORDER

The Court, having reviewed the "Joint Stipulation for Voluntary Dismissal" submitted by the United States and Joanne Curren ("Relator"), by and through their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and 31 U.S.C. § 3730(c)(3), and consistent with and subject to the terms of the Settlement Agreement between the United States, Relator, and DHHA ("Settlement Agreement"), the Court orders as follows:

IT IS HEREBY ORDERED that:

1. All claims in this action and hereby are dismissed with prejudice to Relator Joanne Curren;

2. All claims in this action against DHHA are dismissed with prejudice to the United States to the extent of the "Covered Conduct," as that term is defined in the Settlement Agreement, and otherwise without prejudice to the United States;

III.     The Court retains jurisdiction to enforce the Settlement Agreement; and,

All contents of the Court's file in this action currently under seal shall remain under seal and not be made public unless otherwise ordered unsealed by the Court.

DATED this 4th day of January, 2012.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge